FILED

'09 MAR 16 AM 8:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff

v.

KENDAL KABANDE,

    Defendant

) Case no. 09-cr-00485-JM
)
)
)
) **ORDER RE: JOINT MOTION FOR**
) **MODIFICATION OF CONDITION OF**
) **RELEASE**
)
)
)
)
)

    Good causing appearing, IT IS HEREBY ORDERED:

    The bond for defendant Kendal Kabande is modified from a $25,000 personal surety bond to a $25,000 corporate surety bond. All other conditions of pretrial release are to remain the same.

    **SO ORDERED.**

DATED: March 13, 2009

_____
HON. JEFFREY T. MILLER
United States District Judge

09-cr-00485-JM