# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>KENDAL KABANDE,<br><br>    Defendant | Case no. 09-cr-00485-JM<br><br>**ORDER CONTINUING SENTENCING DATE** |

Good causing appearing, IT IS HEREBY ORDERED:

The sentencing date for defendant Kendal Kabande, presently scheduled for June 19, 2009, is continued to *August 7, 2009.*

**SO ORDERED.**

DATED: May 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

09-cr-00485-JM